336

NATIONAL LABOR RELATIONS BOARD
v. DAVIS–BIG CHIEF MINING COM-
PANY et al.
No. 2694.

Circuit Court of Appeals, Tenth Circuit.
Feb. 10, 1943.

Ernest A. Gross, Associate Gen. Coun-
sel, National Labor Relations Board, of
Washington, D. C., for petitioner.

A. C. Wallace, of Miami, Okl., for re-
spondents.

Before PHILLIPS and HUXMAN, Cir-
cuit Judges.

PER CURIAM.

Consent decree, enforcing order of the
Board, was entered pursuant to stipulation
of the parties.

NATIONAL LABOR RELATIONS BOARD
v. INLAND MANUFACTURING
COMPANY, Inc.
No. 2691.

Circuit Court of Appeals, Tenth Circuit.
Feb. 10, 1943.

Ernest A. Gross, Associate Gen. Counsel,
National Labor Relations Board, of Wash-
ington, D. C., for petitioner.

George L. Gordon, of Kansas City, Mo.,
for respondent.

Before PHILLIPS and HUXMAN, Cir-
cuit Judges.

PER CURIAM.

Consent decree, enforcing order of the
Board, was entered pursuant to stipulation
of the parties.

NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. BECKERMAN SHOE COR-
PORATION OF KUTZTOWN, Respondent.
No. 8258.

Circuit Court of Appeals, Third Circuit.
Argued March 17, 1943.

Decided March 24, 1943.

Robert H. Kleeb, of Philadelphia, Pa.
(Robert B. Watts, Gen. Counsel, Ernest
A. Gross, Associate Gen. Counsel, Howard
Lichtenstein, Asst. Gen. Counsel, and Ro-
man Beck and Irene R. Shriber, Attys.,
National Labor Relations Board, all of
Washington, D. C., on the brief), for pe-
titioner.

Charles L. Fleece, of New York City
(Goldfarb & Fleece, of New York City,
on the brief), for respondent.

Before BIGGS, JONES, and GOOD-
RICH, Circuit Judges.

PER CURIAM.

The findings of the Board are supported
by substantial evidence and its conclusions
of law are correct. Accordingly, the
Board's order of August 21, 1942, will be
enforced.

Domenick TOUCHE, Petitioner, v. Percy A.
LAINSON, Warden Iowa State
Penitentiary.
No. 12508.

Circuit Court of Appeals, Eighth Circuit.
Jan. 4, 1943.

Domenick Touche, pro se.

PER CURIAM.

Petition for writ of habeas corpus dis-
missed for lack of jurisdiction.